IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Andrew Smith Company, | NO. C 06-00405 JW |
| Plaintiff, | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | |
| Naturebest Pre-Cut & Produce, LLC, et al., | |
| Defendants. | |

Pursuant to the Plaintiff's Case Management Conference Statement filed on October 11, 2006, which indicated that Plaintiff anticipates filing a dismissal of the action within ninety days, the Court continues the Case Management Conference scheduled for October 16, 2006 to **January 15, 2007 at 10 AM.** The parties shall file an updated joint Case Management Statement by **January 5, 2007**.

Dated: October 12, 2006

JAMES WARE
United States District Judge

1  **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2  Kenneth Gorman ken@lomgil.com
Paul William Moncrief paul@lomgil.com

4  **Dated:  October 12, 2006**                              **Richard W. Wieking, Clerk**

**By: /s/ JW Chambers                  **
        **Elizabeth Garcia**
        **Courtroom Deputy**

*United States District Court*
*For the Northern District of California*